**Opinion filed September 24, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00073-CV

_____

## OWL CREEK OPERATING CO., INC.; DALLAS O&G ENERGY GROUP, L.P.; AND OWL CREEK WEST, L.L.C., Appellants

### V.

## SODA SPRINGS PARTNERS, L.P. AND GOLDEN CHEEK VENTURES, L.P., Appellees

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. C42419**

### M E M O R A N D U M   O P I N I O N

Appellants have filed in this court a notice of dismissal. Appellants state that they have deposited with the clerk of the trial court the amount owed under the judgment. The appeal is dismissed.

PER CURIAM

September 24, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.